UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-289(8)(SRN/BRT)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDUARDO PENALOZA-ROMERO,

    Defendant.

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Allen A. Slaughter Jr., Assistant United States Attorney, respectfully moves the Court for an extension of time to file its response to Eduardo Penaloza-Romero's second motion for compassionate release. A response is currently due on September 27, 2022. The government seeks final, two-week extension.

The government has obtained necessary information and declarations from Bureau of Prisons employees regarding defendant Penaloza-Romero's motion. The undersigned seeks this final extension in order to prepare a response based on those materials. Accordingly, the United States respectfully requests an extension of time until October 11, 2022, to file its response.

Dated: September 26, 2022	Respectfully submitted,

ANDREW M. LUGER
United States Attorney

*s/ Allen Slaughter*

BY: ALLEN A. SLAUGHTER JR.
Assistant U.S. Attorney