UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-289(8)(SRN/BRT)

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          **CERTIFICATE OF SERVICE**

EDUARDO PENALOZA-ROMERO,

    Defendant.

I hereby certify that on August 16, 2022, I served, or caused to be served, the following documents:

MOTION FOR EXTNESION OF TIME TO FILE RESPONSE

to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

Eduardo Penaloza-Romero
Reg. No. 18184-041
FCI Sandstone
P.O. Box 1000
Sandstone, MN 55072

Dated: September 26, 2022          Respectfully Submitted,

                                      ANDREW M. LUGER
                                      United States Attorney

                                      *s/Tayler Hawkins*

                            BY:   TAYLER HAWKINS
                                      Paralegal Specialist