UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-289(8) (SRN)

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    **MOTION TO SEAL**

EDUARDO PENALOZA-ROMERO

Defendant.

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Allen A. Slaughter, Assistant United States Attorney, respectfully submits its motion to file its response to the defendant's second motion for compassionate release and two supporting exhibits under seal in the above-entitled case. The response and exhibits deal with highly sensitive matters. Sealing is appropriate to protect the defendant's privacy.

Dated: October 7, 2022

Respectfully Submitted,

ANDREW M. LUGER
United States Attorney

*s/ Allen A. Slaughter, Jr*.
BY:  ALLEN A. SLAUGHTER, JR.
Assistant U.S. Attorney