UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-289(8) (SRN)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                              **CERTIFICATE OF SERVICE**

EDUARDO PENALOZA-ROMERO,

      Defendant.

I hereby certify that on October 7, 2022, I served, or caused to be served, the following documents:

SEALED GOVERNMENT'S RESPONSE TO DEFENDANT'S SECOND MOTION FOR COMPASSIONATE RELEASE, TWO SEALED EXHIBITS, AND A MOTION AND PROPOSED ORDER TO SEAL

to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

EDUARDO PENALOZA-ROMERO #18184-041
FCI SANDSTONE
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN  55072

Dated:  October 7, 2022

                                        Respectfully Submitted,

                                        ANDREW M. LUGER
                                        United States Attorney

                                        *s/ Katelyn S. Hendricks*
                      BY:   KATELYN S. HENDRICKS
                                        Paralegal Specialist