UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-289(8) (SRN)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDUARDO PENALOZA-ROMERO,

    Defendant.

ORDER TO SEAL

This matter is before the Court on the government's Motion to Seal [Doc. No. 719]. Based on all the records, files, and proceedings in this case, the Court finds that good cause exists to allow the motion.

Accordingly, IT IS HEREBY ORDERED that the government's motion to seal the documents is GRANTED. The documents at Doc. Nos. 716, 717, 718, and 721 shall remain sealed until further Order of the Court.

Dated: October 11, 2022

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge