UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Eduardo Penaloza-Romero,<br><br>Defendant. | Case No. 14-CR-00289(8) (SRN/ECW)<br><br>**ORDER** |

Allen A. Slaughter, Jr., United States Attorney's Office, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415, for the Government.

Eduardo Penaloza-Romero, Reg. No. 18184-041, FCI-Sandstone, Unit I, P.O. Box. 1000, Sandstone, MN 55072, Pro Se.

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on Defendant Eduardo Penaloza-Romero's Sealed Pro Se Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i) ("Compassionate Release Motion") [Doc. No. 741].

As set forth in the Court's Sealed Memorandum Opinion & Order on Mr. Penaloza-Romero's Compassionate Release Motion [Doc. No. 747], **IT IS HEREBY ORDERED** that:

1. Mr. Penaloza-Romero's Motion for Compassionate Release [Doc. No. 741] is **GRANTED**.

2. Under 18 U.S.C. § 3582(c)(1)(A)(i), the Court reduces Mr. Penaloza-Romero's term of incarceration such that he is released from the custody of the Bureau of Prisons.

3. The execution of this order is **STAYED** for ten (10) days to allow the Bureau of Prisons an opportunity to make the necessary arrangements with Immigration and Customs Enforcement.

Dated:  February 19, 2025                                         s/Susan Richard Nelson
                                                                                  SUSAN RICHARD NELSON
                                                                                  United States District Judge